**Electronically Filed
Intermediate Court of Appeals
CAOT-25-0000821
28-NOV-2025
08:42 AM
Dkt. 19 ODMR**

NO. CAOT-25-0000821

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Petition of
ARTHUR JEREMIAH, Petitioner-Defendant,
v.
KEN FUKUYAMA, Respondent-Plaintiff.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
ʻEWA DIVISION
(CASE NO 1DRC-25-0001519)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of self-represented Petitioner Arthur **Jeremiah**'s November 24, 2025 "Petitioner's Motion for Reconsideration from the Order Dismissing Petitioner's Petition for for [sic] Writ of Mandamus," the papers in support, and the record, it appears that Jeremiah seeks reconsideration of the November 20, 2025 Order Dismissing Appeal for Lack of Appellate Jurisdiction. Jeremiah has failed to demonstrate that the court has overlooked or misapprehended any material point of law or

fact when it dismissed CAOT-25-0000821 for lack of appellate jurisdiction.  Hawaiʻi Rules of Appellate Procedure Rule 40.

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, November 28, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge